IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHRISTOPHER TODD ALLGOOD,
    Plaintiff,

v.                                             Civil No. 3:20cv288 (DJN)

UNKNOWN,
    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his ongoing incarceration in a state facility. By Memorandum Order entered on April 30, 2020, the Court explained that it may not provide advice to litigants and that this Court could not order his release from detention or order his transfer. However, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                            /s/
                                           David J. Novak

Date: May 28, 2020                        United States District Judge
Richmond, Virginia